1  John E. Lord (CA SBN 216111)
   Email: jlord@onellp.com
2  Joseph K. Liu (CA SBN 216227)
   Email: jliu@onellp.com
3  **ONE LLP**
4  4000 MacArthur Blvd
   East Tower, Suite 500
5  Newport Beach, CA 92660
   Telephone: (949) 502-2870
6  Facsimile:  (949) 258-5081

7
   *Counsel for Plaintiff,*
8  *Soteria Encryption II, LLC*

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11                        **SOUTHERN DIVISION**

12
13  SOTERIA ENCRYPTION II, LLC, an      Case No. 8:21-cv-01213-GW-JPR
    Arizona limited liability company,
14                                       **STIPULATION TO EXTEND**
            Plaintiff,                   **TIME TO RESPOND TO INITIAL**
15                                       **COMPLAINT BY NOT MORE**
         v.                              **THAN 30 DAYS (L.R. 8-3)**
16
    TOSHIBA AMERICA, INC., a             Complaint Served: July 20, 2021
17  Delaware corporation,                Current Response Date: September 20,
                                         2021
18          Defendant.                   New Response Date: October 11, 2021

19
20
21
22
23
24
25
26
27
28

                    **STIPULATION TO EXTEND TIME (L.R. 8-3)**

Plaintiff Soteria Encryption II, LLC ("Soteria") and Defendant Toshiba America, Inc. ("Toshiba"), by and through their undersigned counsel, hereby stipulate pursuant to Local Rule 8-3 that Toshiba shall have an extension to file a response to the pending complaint in the above-captioned case. Specifically, Toshiba's response, formerly due on September 20, 2021 after waiving service of the summons, shall now be due on or before October 11, 2021.

IT IS SO STIPULATED.

Dated: July 28, 2021

By: */s/ John E. Lord*

John E. Lord (CA SBN 216111)
Email: jlord@onellp.com
Joseph K. Liu (CA SBN 216227)
Email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

*Attorneys for Plaintiff,*
*Soteria Encryption II, LLC*

By: */s/ Jared Schuettenhelm*

Jared Schuettenhelm (CA SBN 267885)
E-mail: jared.schuettenhelm@bracewell.com
**BRACEWELL LLP**
701 Fifth Ave, Suite 6200
Seattle, WA 98104-7018
Telephone: (206) 204-6210
Facsimile:  (800) 404-3970

*Attorney for Defendant,*
*Toshiba America, Inc.*

1

**STIPULATION TO EXTEND TIME (L.R. 8-3)**

**ATTESTATION PURSUANT TO L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *John E. Lord*

John E. Lord